

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,013-01

### EX PARTE JOHN RAYMOND LOUIS MITTS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR23-00229A IN THE 294TH DISTRICT COURT
### VAN ZANDT COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of continuous violence against the family and sentenced to forty-five years' imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Mitts v. State*, No. 12-24-00204-CR (Tex. App.—Tyler Jan. 31, 2025) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that appellate counsel failed to timely advise him of his right to file a *pro se* petition for discretionary review. After an independent review of this claim, this Court determines that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of Appeals in cause number 12-24-00204-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate. Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:        November 20, 2025
Do not publish